UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. EDWARD HARRIS,<br><br>          Plaintiff/Relators,<br><br>v.<br><br>ALAN RITCHEY, INC., et al.,<br><br>          Defendants.<br>_____<br>UNITED STATES OF AMERICA ex rel. CECIL G. JORGENSON and ALLEN K. GREGORY,<br><br>          Plaintiff/Relators,<br><br>v.<br><br>ALAN RITCHEY, INC., et al.,<br><br>          Defendants. | No. C00-2191Z<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)   Defendant Alan Ritchey, Inc.'s motion for partial dismissal, docket no. 103, is GRANTED. To the extent that relators Cecil Jorgenson and Allen Gregory allege in their Fourth Amended Complaint any claims under the False Claims Act, 31 U.S.C. §§ 3729-3733, relating to palletized mail transport equipment ("MTE"), such claims are barred, and therefore DISMISSED with prejudice, because relator Edward Harris was the first to file. _See_ 31 U.S.C. § 3730(b)(5); _Campbell v. Redding Med. Ctr._, 421 F.3d 817, 818 (9th Cir. 2005). Jorgenson's and Gregory's Fourth Amended Complaint was filed on January 7, 2007, _see_ docket no. 89 in Case No. C01-588Z, while Harris's Second Amended Complaint was filed on September 8, 2006, _see_ docket no. 84 in Case No. 00-2191Z. _See also_ Order at 4

MINUTE ORDER   1–

(docket no. 90) (Harris's "Second Amended Complaint alleges in detail that [Alan Ritchey, Inc. ("ARI")] fraudulently replacarded MTE units so it could bill the United States for work ARI employees did not perform.").

(2) Having advised the Court of a settlement of relator Harris's claims, *see* docket nos. 103 & 121, the United States, relator Harris, relators Jorgenson and Gregory, and Alan Ritchey, Inc. are hereby directed to SHOW CAUSE by March 7, 2008, why Harris's claims should not be dismissed without prejudice and without an award of costs or fees.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Filed and entered this 25th day of February 2008.

BRUCE RIFKIN, Clerk

By  s/ Claudia Hawney
    Claudia Hawney
    Deputy Clerk

S:\Zilly\Secretary\1ORDERS\Ritchey91-Min1.wpd